| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | MELODY M. WALCOTT, Bar #219930 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| 6 | Attorney for Defendant |
| | JAIME CHAVEZ-ZAVALA |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:09-CR-00045 OWW |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE; ORDER THEREON |
| v. | ) | |
| | ) | Date: June 8, 2009 |
| JAIME CHAVEZ-ZAVALA, | ) | Time: 9:00 A.M. |
| | ) | Judge: Hon. |
| Defendant. | ) | |
| | ) | |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record, that the status conference in the above-captioned matter now scheduled for May 11, 2009, **may be continued to June 8, 2009 at 9:00 A.M.**

Grounds: Continuity of counsel, plea negotiations and defense preparation.  The requested continuance will conserve time and resources for both counsel and the court.  AUSA, Susan Phan, has no objection.

///

///

///

///

///

1  The parties agree that the time delay resulting from the continuance shall be excluded in the
2  interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A).

McGREGOR M. SCOTT
United States Attorney

DATED: May 8, 2009            By     /s/ Susan Phan
                                     SUSAN PHAN
                                     Assistant United States Attorney
                                     Attorney for Plaintiff


                                     DANIEL J. BRODERICK
                                     Federal Defender


DATED: May 8, 2009            By     /s/ Melody M. Walcott
                                     MELODY M. WALCOTT
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     JAIME CHAVEZ-ZAVALA


## ORDER

**IT IS SO ORDERED**.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A).

IT IS SO ORDERED.

**Dated:   May 11, 2009**              /s/ Oliver W. Wanger
                                     UNITED STATES DISTRICT JUDGE

Stipulation to Continue and
Order                                -2-